# In the United States Court of Federal Claims

Consolidated Case Nos. 15-207, 15-242, 15-249, 15-265
Filed: November 21, 2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| COAST PROFESSIONAL, INC., NATIONAL RECOVERIES, INC., ENTERPRISE RECOVERY SYSTEMS, INC., and PIONEER CREDIT RECOVERY, INC., | \* |
| Plaintiffs, | \* |
| v. | \* |
| THE UNITED STATES, | \* |
| Defendant, | \* |
| and | \* |
| FINANCIAL MANAGEMENT SYSTEMS, INC., ACCOUNT CONTROL TECHNOLOGY, INC., CONTINENTAL SERVICE GROUP, INC., WINDHAM PROFESSIONALS, INC., and GC SERVICES LIMITED PARTNERSHIP, | \* |
| Defendant-Intervenors. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TRANSFER ORDER

For the efficient administration of justice, the Clerk of Court is directed to transfer the above-captioned cases to the Honorable Thomas C. Wheeler, pursuant to Rule of the United States Court of Federal Claims 40.1(b).

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Chief Judge**